AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

**FILED**
2008 OCT 31 PM 1:59
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES OF AMERICA
v.
Philip Nazareta

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 08 CR 076 B | 3-08-70751 JL | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)   922(g)(1)

charging a violation of  21; 18 U.S.C. § 841(a)(1); 922(g)(1) & 942(c)(1); 924(e)(1)

**DISTRICT OF OFFENSE**
DISTRICT OF WYOMING

**DESCRIPTION OF CHARGES:** Possession with intent to distribute methamphetamine; felon in possession of a firearm; unlawful user of a controlled substance; felon in possession of ammunition

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify) Deft waived ID/removal and detention hearing
Bond, if any, shall be transferred to the District of Offense

**Representation:** ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** ☒ No  ☐ Yes  Language: _____

**DISTRICT OF** _____

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

10-31-08
Date  _____ United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |